■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMONA JOHNSON, Appellant. [689 NYS2d 915] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Manslaughter, 2nd Degree.) Present—Denman, P. J., Pine, Pigott, Jr., Hurlbutt and Balio, JJ.